IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUL 30 2001

CLERK, U.S. DISTRICT COURT
By _____
    Deputy

| | | |
|---|---|---|
| TERRY STAMM | § | |
| AND | § | |
| MICHEAL STAMM | § | |
| | § | |
| vs. | § | CIVIL ACTION NO: 1:01CV117 |
| | § | |
| WAL-MART STORES, INC., | § | |
| WAL-MART STORES EAST, INC., and | § | |
| BINGHAM & BINGHAM ENTER., INC. | § | |

## ORDER ON PLAINTIFFS TERRY STAMM AND MICHEAL STAMM'S UNOPPOSED SUPPLEMENTAL MOTION TO ENLARGE TIME

On this the 30th day of __July__ 2001, the Court considered Plaintiffs' Unopposed Supplemental Motion to Enlarge Time. After considering the Motion, the Response, and the evidence before the Court, this Court:

**ORDERS** that Plaintiffs Unopposed Motion to Enlarge Time to file Plaintiffs Motion to Remand and Brief is due July 25, 2001.

SIGNED ON this the 30th day of __July__, 2001.

_____
JUDGE PRESIDING

7